THE HONORABLE TIFFANY M. CARTWRIGHT
Noted for February 20, 2024
Without oral argument

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENISE McHUGH, a married woman,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, a foreign insurance company,<br><br>　　　　　　Defendant. | Case No. 3:22-cv-05818-TMC<br><br>STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE |

## I.　STIPULATED MOTION

IT IS HEREBY STIPULATED by and between the parties hereto that any and all claims and causes of action may be dismissed with prejudice and without an award of costs or fees to any party.

DATED:  February 20, 2024.

| *Attorneys for Plaintiff:* | *Attorneys for Progressive Casualty Insurance Company:* |
|---|---|
| **URQUIA LAW, PLLC** | **JENSEN MORSE BAKER PLLC** |
| By: *s/Rafael Urquia per email authority*<br>　Rafael Urquia, WSBA No. 40102<br>　E-Mail:  rafael@urquialaw.com | By: *s/Steven D. Jensen*<br>　Steven D. Jensen, WSBA No. 26495<br>　E-mail: steve.jensen@jmblawyers.com |

STIPULATED MOTION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 1
Case No. 3:22-cv-05818-TMC

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WA 98101
PHONE:  206.682.1550

## II. ORDER

Pursuant to the Stipulated Motion above, it is hereby ORDERED that any and all claims and causes of action are dismissed with prejudice and without an award of costs or fees to any party.

DATED: February 20, 2024

					_____
					Tiffany M. Cartwright
					United States District Judge

Presented by:

| *Attorneys for Plaintiff:* | *Attorneys for Progressive Casualty Insurance Company:* |
|---|---|
| **URQUIA LAW, PLLC** | **JENSEN MORSE BAKER PLLC** |
| By: *s/Rafael Urquia per email authority*<br>    Rafael Urquia, WSBA No. 40102<br>    E-Mail:  rafael@urquialaw.com | By: *s/Steven D. Jensen*<br>    Steven D. Jensen, WSBA No. 26495<br>    E-mail: steve.jensen@jmblawyers.com |

STIPULATED MOTION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 2
Case No. 3:22-cv-05818-TMC

**JENSEN MORSE BAKER PLLC**
520 Pike Street; suite 2375
Seattle, WA 98101
PHONE:  206.682.1550

# CERTIFICATE OF SERVICE

Pursuant to RCW 9A.72.085, the undersigned certifies, under penalty of perjury under the laws of the United States of America and the State of Washington, that on the 20th day of February, 2024, the document attached hereto was delivered to the below counsel in the manner indicated.

| | |
|---|---|
| Rafael Urquia, WSBA No. 40102<br>Urquia Law, PLLC<br>1135 Lawrence Street<br>Port Townsend, WA 98368<br>rafael@urquialaw.com | ☒ Via CM/ECF<br>☒ Via electronic mail<br>☐ Via U.S. Mail, postage prepaid<br>☐ Via Facsimile<br>☐ Via Courier<br>☐ Via Overnight delivery |

*Counsel for Plaintiff*

DATED this 20th day of February, 2024.

By *s/Gwendolyn M. Wall*
Gwendolyn M. Wall, paralegal

STIPULATED MOTION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE - 3
Case No. 3:22-cv-05818-TMC

JENSEN MORSE BAKER PLLC
520 PIKE STREET; SUITE 2375
SEATTLE, WA 98101
PHONE: 206.682.1550